In the Matter of JULIUS BLOCK (Also Known as JULES BLOCK), an Attorney, Respondent.

First Department, June 16, 1939.

*Einar Chrystie,* for the petitioner.

No appearance for the respondent.

PER CURIAM.   On May 24, 1939, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of forgery in the second degree, which crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., TOWNLEY, UNTERMYER, COHN and CALLAHAN, JJ.

Respondent disbarred.